# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2184
Lower Tribunal No. 2021-CA-006036

_____

SHANE RICHARD PERRY,

Appellant,

v.

CARMINE MARCENO, LEE COUNTY SHERIFF,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
James Shenko, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Shane Richard Perry, Avon Park, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED